IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY TORKELSON,

    Plaintiff,                       JUDGMENT IN A CIVIL CASE

v.                                     12-cv-664-wmc

SHAWN M PAUL, NATHAN WALRATH,
PATRICK SCHILLING, SHARON
GISSELMAN, GLENN L. CUSHING and
TIMOTHY PROVIS,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case as frivolous and for failure to state a claim upon which relief can be granted.

| /s/ | 6/5/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |